IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:00CR127 |
| ) | |
| v. ) | |
| ) | ORDER |
| MARIA MORRISON, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Lyle E. Strom for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 7th day of June, 2005.

BY THE COURT:

<u>Joseph F. Bataillon</u>
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE