IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )         8:00CR127
                               )
       v.                      )
                               )
MARIA MORRISON,                )         ORDER
                               )
             Defendant.        )
_____)
```

IT IS ORDERED that a hearing on defendant's motion to review restitution and payment and request for hearing (Filing No. 38) is scheduled for:

**Friday, November 18, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 25th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court