IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR127 |
| v. | ) | |
| | ) | |
| MARIA MORRISON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court pursuant to the defendant's Motion to Review Restitution and Payment and Request for Hearing (Filing No. 38). The Court heard evidence and argument from the parties concerning the defendant's economic and medical circumstances for the purpose of determining whether the defendant's monthly restitution payment should be modified.

The Court finds that the defendant has established a material change in her economic circumstances that would effect her ability to pay restitution. Accordingly,

IT IS ORDERED that defendant's motion is granted and her monthly obligation is hereby reduced to $600.00, subject to further review by the Court should her economic circumstances change to the point that a greater or lesser figure would be

appropriate.  The total amount of restitution previously ordered by the Court is unchanged.  This order only changes the amount of the monthly obligation.

DATED this 18th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
UNITED STATES DISTRICT COURT